**Electronically Filed
Supreme Court
SCWC-20-0000320
17-MAR-2023
10:42 AM
Dkt. 27 OGAC**

SCWC-20-0000320

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ARYN NAKAOKA and DARCIE NAKAOKA,
Petitioners/Plaintiffs-Appellants,

vs.

EUGENE SHIZURU and CAROLE SHIZURU; DANIEL T.M. CHOY,
individually and dba CORINTHIANS REALTY; and LYNIEL
CHOY, individually and dba RAINBOW REALTY INTERNATIONAL,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000320; CIV. NO. 1CC161002076)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ.,
and Circuit Judge Wong, in place of Wilson, J., recused)

Petitioners/Plaintiffs-Appellants' Application for

Writ of Certiorari, filed on January 21, 2023, is hereby

accepted.

IT IS FURTHER ORDERED that each of the parties shall

file a supplemental brief within fourteen (14) days from the

date of this Order, not to exceed ten (10) pages in length,

addressing the following two questions:

(1)    Whether Respondents/Defendants-Appellees waived their HRS § 508D-18 alternative dispute resolution defense by raising it for the first time in Eugene Shizuru and Carole Shizuru's July 8, 2019 motion for partial summary judgment, or alternatively, whether they are estopped from raising the defense.

(2)    Whether the award of attorneys' fees and costs by the circuit court was fair and reasonable, in light of that delay.

DATED:   Honolulu, Hawaiʻi, March 17, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Paul B.K. Wong